IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Elliott, Thornton | Case Number: 07 B 09789 |
|---|---|---|
| | Elliott, Rosetta | Judge: Goldgar, A. Benjamin |
| | Printed: 11/25/08 | Filed: 5/31/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 14, 2008
Confirmed: July 31, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 11,700.00 |  |
| Secured: |  | 6,044.33 |
| Unsecured: |  | 0.00 |
| Priority: |  | 2,395.31 |
| Administrative: |  | 2,599.96 |
| Trustee Fee: |  | 660.40 |
| Other Funds: |  | 0.00 |
| Totals: | 11,700.00 | 11,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,599.96 | 2,599.96 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Fin Acceptance | Secured | 2,034.52 | 527.80 |
| 4. | Great American Finance Company | Secured | 1,627.69 | 395.33 |
| 5. | Capital One Auto Finance | Secured | 18,789.98 | 4,385.30 |
| 6. | Citi Residential Lending Inc | Secured | 18,000.00 | 0.00 |
| 7. | Village Of Bellwood | Secured | 735.90 | 735.90 |
| 8. | Internal Revenue Service | Priority | 1,567.27 | 1,412.31 |
| 9. | Illinois Dept of Revenue | Priority | 1,090.86 | 983.00 |
| 10. | Capital One | Unsecured | 53.14 | 0.00 |
| 11. | AmeriCash Loans, LLC | Unsecured | 72.50 | 0.00 |
| 12. | Capital One | Unsecured | 92.91 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 237.17 | 0.00 |
| 14. | Capital One | Unsecured | 153.94 | 0.00 |
| 15. | Midnight Velvet | Unsecured | 41.44 | 0.00 |
| 16. | United States Dept Of Education | Unsecured | 2,982.66 | 0.00 |
| 17. | Great American Finance Company | Unsecured | 195.97 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 44.73 | 0.00 |
| 19. | AmeriCash Loans, LLC | Unsecured | 197.24 | 0.00 |
| 20. | Internal Revenue Service | Unsecured | 1,828.83 | 0.00 |
| 21. | Fingerhut | Unsecured | 95.56 | 0.00 |
| 22. | A All Financial | Unsecured | 304.39 | 0.00 |
| 23. | Verizon Wireless Midwest | Unsecured | 298.66 | 0.00 |
| 24. | AAA Checkmate LLC | Unsecured | 84.41 | 0.00 |
| 25. | Capital One Auto Finance | Unsecured | 345.49 | 0.00 |
| 26. | Brother Loan & Finance | Unsecured | 84.62 | 0.00 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Elliott, Thornton | Case Number: 07 B 09789 |
| --- | --- | --- |
| | Elliott, Rosetta | Judge: Goldgar, A. Benjamin |
| | Printed: 11/25/08 | Filed: 5/31/07 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 27. | Illinois Dept of Revenue | Unsecured | 92.44 | 0.00 |
| 28. | Aspire Visa | Unsecured | 215.34 | 0.00 |
| 29. | RMI/MCSI | Unsecured | 100.00 | 0.00 |
| 30. | ECast Settlement Corp | Unsecured | 226.37 | 0.00 |
| 31. | Nicor Gas | Unsecured | 382.36 | 0.00 |
| 32. | Portfolio Recovery Associates | Unsecured | 194.92 | 0.00 |
| 33. | Cook County Treasurer | Secured | | No Claim Filed |
| 34. | Cook County Treasurer | Secured | | No Claim Filed |
| 35. | American General Finance | Unsecured | | No Claim Filed |
| 36. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 37. | American Messaging | Unsecured | | No Claim Filed |
| 38. | Burns International | Unsecured | | No Claim Filed |
| 39. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 40. | Comcast | Unsecured | | No Claim Filed |
| 41. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 42. | AFNI | Unsecured | | No Claim Filed |
| 43. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 44. | Collection Company Of America | Unsecured | | No Claim Filed |
| 45. | FNB Of Marin | Unsecured | | No Claim Filed |
| 46. | FC&A | Unsecured | | No Claim Filed |
| 47. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 48. | Illinois Dept Of Transportation | Unsecured | | No Claim Filed |
| 49. | J C Penney Card Bank N.A. | Unsecured | | No Claim Filed |
| 50. | Rush Oak Park Hospital | Unsecured | | No Claim Filed |
| 51. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 52. | M3 Financial Services | Unsecured | | No Claim Filed |
| 53. | Marquette Consumer Finance | Unsecured | | No Claim Filed |
| 54. | Oak Park Hospital | Unsecured | | No Claim Filed |
| 55. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 56. | Resurrection Health Care | Unsecured | | No Claim Filed |
| 57. | Martha Stockdale | Unsecured | | No Claim Filed |
| 58. | HSBC | Unsecured | | No Claim Filed |
| 59. | Senex Services Corp | Unsecured | | No Claim Filed |
| 60. | Village of Oak Park | Unsecured | | No Claim Filed |
| 61. | Superior Air Ground | Unsecured | | No Claim Filed |
| 62. | Rush University | Unsecured | | No Claim Filed |
| 63. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 64. | West Suburban Eye Assoc | Unsecured | | No Claim Filed |
| 65. | West Suburban Hospital | Unsecured | | No Claim Filed |
| 66. | Wfcb/Blair Catalog | Unsecured | | No Claim Filed |
| 67. | Village of Broadview | Unsecured | | No Claim Filed |
| 68. | West Asset Management | Unsecured | | No Claim Filed |
| | | | $ 54,771.27 | $ 11,039.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Elliott, Thornton
Elliott, Rosetta
Printed: 11/25/08

Case Number: 07 B 09789
Judge: Goldgar, A. Benjamin
Filed: 5/31/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 491.42 |
| 6.5% | 168.98 |
|  | $ 660.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

